IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Dominic Musarra, et al. | Case No. C2-05-545 |
| | Judge Marbley |
| Plaintiffs, | Magistrate Judge King |
| vs. | |
| Digital Dish, Inc., | |
| Defendant. | |

**ORDER**

For good cause shown, the Court hereby grants the Joint Motion to Dismiss Counts Two and Four of Plaintiffs' First Amended Complaint.

**IT IS SO ORDERED.**

    **s/Algenon L. Marbley**
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT COURT**

**Dated: April 1, 2008**